```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                    AT ROANOKE, VA
                                                         FILED

                                                    OCT 2 0 2005

                                              JOHN F. CORCORAN, CLERK
                                              BY:
                                                    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LESPIA J. KING, | ) | Civil Action No. 7:05CV00521 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEORGE M. MCMILLAN, SHERIFF, | ) | |
| ROANOKE CITY SHERIFF'S OFFICE, | ) | By: Samuel G. Wilson |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that King's motion to certify class is **DENIED** and that McMillan's motion to dismiss is **DENIED**.

**ENTER**: This 20th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

Case 7:05-cv-00521-SGW-mfu   Document 25   Filed 10/20/05   Page 1 of 1   Pageid#: 178