UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

Roanoke Division

LESPIA J. KING,

    Plaintiff,

v.                               Civil Action No. 7:05cv00521

GEORGE M. McMILLAN, SHERIFF

    Defendant.

## Motion to Dismiss

The defendant, the Honorable Octavia L. Johnson("Sheriff Johnson"), moves the Court to dismiss this case against her for failure to state a claim upon which relief can be granted. F.R.Civ.P. 12(b)(6). She submits the attached brief in support of her motion.

                                        The Honorable Octavia L. Johnson

                                        _____/s/ John A. Gibney, Jr._____
                                        By counsel

John A. Gibney, Jr. VSB 15754
Thompson & McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23210
804/649-7545
Fax 804/780-1813

## Certificate

I certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Terry N. Grimes, Esquire, Terry M. Grimes PC, 320 Elm Avenue SW, Roanoke, VA 24016; and Elizabeth Kay Dillon, Esquire, Guynn Memmer & Dillon PC, P.O. Box 20788, Roanoke, VA 20418.

                                        _____/s/ John A. Gibney, Jr._____