UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

Roanoke Division

LESPIA J. KING,

    Plaintiff,

v.                        Civil Action No. 7:05cv00521

GEORGE M. McMILLAN, SHERIFF

    Defendant.

## Motion for Summary Judgment

The defendant, the Honorable Octavia L. Johnson ("Sheriff Johnson"), moves the Court to grant summary judgment in her behalf. F.R.C.P. 56(b). In support of her motion she submits the attached brief with exhibits.

                                             The Honorable Octavia L. Johnson

                                             _____/s/_____
                                             By counsel

John A. Gibney, Jr. VSB 15754
Counsel for Octavia L. Johnson
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23210
804/649-7545
Fax 804/780-1813
jgibney@t-mlaw.com

Certificate

I certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Terry N. Grimes, Esquire, Terry M. Grimes PC, 320 Elm Avenue SW, Roanoke, VA 24016; and Elizabeth Kay Dillon, Esquire, Guynn Memmer & Dillon PC, P.O. Box 20788, Roanoke, VA 20418.

               /s/
             John A. Gibney, Jr. VSB 15754
             Counsel for Octavia Johnson
             ThompsonMcMullan, P.C.
             100 Shockoe Slip
             Richmond, Virginia 23210
             804/649-7545
             Fax 804/780-1813
             jgibney@t-mlaw.com

2
Case 7:05-cv-00521-SGW-mfu   Document 130   Filed 12/14/07   Page 2 of 2   Pageid#: 709