FILED IN OPEN COURT
DATE 1/16/08
BY _____
Roanoke DEPUTY CLERK
_____ DIVISION, W.D. of VA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| LESPIA J. KING,<br>       Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 7:05CV00521 |
| GEORGE M. MCMILLAN, SHERIFF,<br>ROANOKE CITY SHERIFF'S OFFICE,<br>et al.,<br>       Defendants. | ) ) ) ) ) | **Special Interrogatories** |

1.  What amount of compensatory damages do you award as to Plaintiff's sexual harassment claim?

    $ 50,000

2.  What amount of compensatory damages do you award as to Plaintiff's battery claim?

    $ 175,000

3.  What amount, if any, of punitive damages do you award on the battery claim?

    $ 100,000


_____           ____1-16-08_____
FOREPERSON                                 DATE

_____Seth A. Davis_____
PRINTED NAME OF FOREPERSON