IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LESPIA J. KING,<br>      Plaintiff, | Civil Action No. 7:05CV00521 |
| v. | ORDER |
| GEORGE M. MCMILLAN, and,<br>OCTAVIA JOHNSON, Sheriff of the<br>City of Roanoke,<br>      Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, defendants' motions for judgment as a matter of law are **DENIED**. Defendants' motions for a new trial are **DENIED**. The court grants the parties a hearing on the issue of remittitur of the compensatory award for battery. It is so **ORDERED**.

**ENTER**: This 8th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE