CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 15 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LESPIA J. KING,<br>    Plaintiff, | Civil Action No. 7:05CV00521 |
| v. | JUDGMENT ORDER |
| GEORGE M. MCMILLAN, in his individual capacity, and OCTAVIA JOHNSON, Sheriff of the City of Roanoke, in her official capacity,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that judgment is entered as follows

(1) judgment against Octavia Johnson, Sheriff of the City of Roanoke, in her official capacity only, for damages under Title VII in the amount of $50,000;

(2) judgment against George M. McMillan, in his individual capacity, for damages for battery in the amount of $50,000; and

(3) judgment against George M. McMillan, in his individual capacity, for punitive damages for battery in the amount of $100,000,

There shall be only one recovery for compensatory damages, not to exceed $50,000.

**ENTER:** This 14th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE