CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 16 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LESPIA KING, | ) |
| | ) Civil Action No. 7:05cv00521 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| GEORGE M. MCMILLAN, ET AL, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

On representation of the parties that all matters in controversy concerning plaintiff's attorney fees have been resolved, it is **ORDERED** and **ADJUDGED** that all remaining outstanding motions are **DENIED** as moot; <u>provided</u> that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of the entry of this order. This matter is **STRICKEN** from the court's docket.

**ENTER**: This September 15, 2010.

_____
UNITED STATES DISTRICT JUDGE